■      In the Matter of the Claim of SOPHIE ETTLINGER, Respondent, against STATE INSURANCE FUND, Appellant, and OFFICE TEMPORARIES, INC. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion·

to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 15, 1960. and .is ready for argument at the- September Term of this court in which event the motion is denied.  Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of SOPHIE MARANOS, Respondent, against FILS RESTAURANT et al., Appellants, and A AND F RESTAURANT CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs.  Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.